**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| GEORGIA SMITH, ) | |
| ) | CASE NO. 4:11CV250 |
| Plaintiff, ) | |
| ) | JUDGE BENITA Y. PEARSON |
| v. ) | |
| ) | MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, ) | KATHLEEN B. BURKE |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | **ORDER** |
| ) | [Resolving ECF No. 13] |

This is an action for judicial review of the decision of the Commissioner of Social Security denying supplemental security income to Plaintiff. This matter has been referred to the undersigned for a Report and Recommendation pursuant to Local Rule 72.2(b)(1).

Plaintiff has filed a Motion for Summary Judgment. ECF No. 13.

The use of summary judgment motions in an action for judicial review of the Commissioner's decision is "neither necessary nor technically correct." *Kenney v. Heckler*, 577 F. Supp. 214, 216 (N.D. Ohio 1983). Summary judgment motions, as defined by Fed.R.Civ.P. 56, contemplate the use of evidentiary material in the form of affidavits, depositions, answers to interrogatories, and admissions. In Social Security appeals, however, the Court may "look no further than the pleadings and the transcript of the record before the agency," and may not admit additional evidence. *Id.* "Therefore, although summary judgment motions are customarily used . . . such motions merely serve as vehicles for briefing the parties' positions, and are not a prerequisite to the Court's reaching a decision on the merits." *Id.*

1

Accordingly,  Plaintiff's Motion for Summary Judgment (ECF No. 13) is denied without prejudice.  However, the Court will consider the brief in support of the motion filed by Plaintiff (ECF No. 14), as well as the Defendant's brief, as the parties' briefs on the merits of this appeal.

IT IS SO ORDERED.

Dated: September 20, 2011

**KATHLEEN B. BURKE**
United States Magistrate Judge