UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GEORGIA P. SMITH, ) | CASE NO. 4:11CV00250 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JUDGE BENITA Y. PEARSON |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Defendant. ) | **ORDER** |

Plaintiff Georgia P. Smith ("Smith") filed a complaint seeking judicial review of an unfavorable decision rendered by the Commissioner of Social Security, denying her application for social security disability benefits. ECF No. 1. The Court referred the matter to Magistrate Judge Kathleen B. Burke for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). Magistrate Judge Burke submitted her Report and Recommendation recommending that the Court affirm the Commissioner's decision. ECF No. 19.

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a Report and Recommendation within fourteen (14) days after service. No objections were filed within the 14-day period. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of*

(4:11CV00250)

*Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

      Accordingly, the Report and Recommendation is hereby adopted. The Commissioner's decision is affirmed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

      IT IS SO ORDERED.


| February 23, 2012 |     s/ *Benita Y. Pearson* |
|---|---|
| Date | United States District Judge |